UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2021
```

Sosa,

                    Plaintiffs,                                    21-cv-4349 (AJN)

           –v–                                                     ORDER

R.M. Palmer Company.

                    Defendants.

ALISON J. NATHAN, District Judge:

       It having been reported to this Court that this case has been settled, it is hereby
ORDERED that the above-captioned action is discontinued without costs to any party and
without prejudice to restoring the action to this Court's calendar if the application to restore the
action is made within forty-five (45) days.  To be clear, any application to reopen **must** be filed
**within forty-five days** of this Order; any application to reopen filed thereafter may be denied
solely on that basis.

       All scheduled conferences are hereby adjourned.  Within the forty-five-day period
provided for in this Order, the parties may submit to the Court their own Stipulation of Dismissal
for the Court to So Order.  Pursuant to Rule 5.A. of the Court's Individual Practices in Civil
Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless the terms of
the agreement are made part of the public record.

       SO ORDERED.


Dated: July 28, 2021

                                                   _____
                                                   ALISON J. NATHAN
                                                   United States District Judge
                                                   New York, New York